**No. 10-5490. Derek Merchant, Petitioner v. United States.**

562 U.S. 1111, 131 S. Ct. 819, 178 L. Ed. 2d 561, 2010 U.S. LEXIS 9677.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 376 Fed. Appx. 172.

**No. 10-5512. Steven Ray Jones, Petitioner v. United States.**

562 U.S. 1111, 131 S. Ct. 820, 178 L. Ed. 2d 561, 2010 U.S. LEXIS 9699.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 376 Fed. Appx. 368.

**No. 10-5859. Chris L. Turner, Petitioner v. United States.**

562 U.S. 1111, 131 S. Ct. 820, 178 L. Ed. 2d 561, 2010 U.S. LEXIS 9768.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 603 F.3d 468.

**No. 10-5923. Anthony T. Alston, Petitioner v. United States.**

562 U.S. 1111, 131 S. Ct. 820, 178 L. Ed. 2d 561, 2010 U.S. LEXIS 9783.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 380 Fed. Appx. 217.

**No. 10-6015. Maxwell Joelson, Petitioner v. Department of Justice, et al.**

562 U.S. 1111, 131 S. Ct. 821, 178 L. Ed. 2d 561, 2010 U.S. LEXIS 9674.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6185. Brady Hicks, Jr., Petitioner v. Cory Lingle.**

562 U.S. 1111, 131 S. Ct. 821, 178 L. Ed. 2d 561, 2010 U.S. LEXIS 9709.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 370 Fed. Appx. 497.

**No. 10-6208. Josiah Stone, Petitioner v. Elohim, Inc.**

562 U.S. 1111, 131 S. Ct. 821, 178 L. Ed. 2d 561, 2010 U.S. LEXIS 9781,

December 13, 2010. Petition for writ of certiorari to the Court of Civil Appeals of Oklahoma, Third Division, denied.